No. 73–482. MICHIGAN v. TUCKER. C. A. 6th Cir. [Certiorari granted, 414 U. S. 1062.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and a total of 15 minutes allotted for that purpose. Respondent allotted an additional 15 minutes for oral argument.

No. 73–507. HAMLING ET AL. v. UNITED STATES. C. A. 9th Cir. [Certiorari granted, 414 U. S. 1143.] Motion of petitioners for additional time for oral argument denied.

No. 73–679. WOLFF, WARDEN, ET AL. v. MCDONNELL. C. A. 8th Cir. [Certiorari granted, 414 U. S. 1156.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* granted and a total of 15 minutes allotted for that purpose. Respondent allotted an additional 15 minutes for oral argument.

No. 73–1003. NATIONAL INDIAN YOUTH COUNCIL ET AL. v. BRUCE ET AL. C. A. 10th Cir. Motion of petitioners for leave to proceed *in forma pauperis* denied without prejudice to named individuals to file appropriate affidavits *in forma pauperis*. See 28 U. S. C. § 1915; Rule 53 of the Rules of this Court; and *Pothier* v. *Rodman*, 261 U. S. 307, 309 (1923).

No. 73–5812. WOLF v. HOLLOWELL, PENITENTIARY SUPERINTENDENT. Motion for leave to file petition for writ of habeas corpus denied.